RECEIVED

SEP 1 6 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE: ACTOS (PIOGLITAZONE)     MDL NO. 6:11-md-02299

This document applies to:     JUDGE DOHERTY

Case No: 14:2359     MAGISTRATE JUDGE HANNA

CASE MANAGEMENT ORDER FOR PROPOSED CLASS ACTION
BEARING DOCKET NUMBER 14-cv-2359

The plaintiffs, Painters & Allied Trades District Council 82 Health Care Fund, Annie Snyder, Rickey Rose, John Cadarelli and Marlyon Buckner, (collectively Painters & Allied Trades plaintiffs) have directly filed a proposed class action in this MDL under docket number 14-cv-2359.

Given the nature of the complaints, this Court in the management of its docket, enters the following orders that are applicable to this specific case until further order of this Court:

IT IS ORDERED that this case shall remain as a single case until such time as the Court orders otherwise and any motions or pleadings that are intended to be applicable to this case shall be so designated in the caption filed in case number 11-md-2299.

IT IS FURTHER ORDERED that all counsel are to direct any filings intended to be applicable to this case by way of the spread text function in CM/ECF. Counsel

are NOT to spread text any filings to all of the member cases as that function is performed solely by the Clerk of Court personnel. Counsel for the Painters and Allied Trades plaintiffs shall direct ALL persons involved in filing documents in this MDL to undergo the training provided by the Clerk of Court for the operation of the spread text function in CM/ECF.

IT IS FURTHER ORDERED that only Brent Wisner, as counsel for the Painters and Allied Trades plaintiffs, shall be served with Notice of Electronic Filings by the Court as well as documents filed by the other parties. Counsel for the Allied and Trades plaintiffs shall serve liason counsel for the Plaintiff's Steering Committee, Patrick C. Morrow, electronically at actosliason@mmrblaw.com, and the defendants' counsel, Sara Gourley and Dlesli Davis, electronically at sgourley@sidley.com and Dlesli.davis@nortonrosefulbright.com respectively, with any documents required to be served after summons and service have been accomplished on the defendants. Designated counsel for the defendants shall be responsible for service to all of its co-counsel. Mr. Wisner shall be responsible for service to all of his co-counsel for the Painters and Allied Trades plaintiffs. Mr. Wisner is to provide the Clerk of Court, liason counsel for the Plaintiffs' Steering Committee and the above-named counsel for the defendants with current contact information for electronic service.

IT IS FURTHER ORDERED that the time frame for class certification under

Local Rule 23.1(B) is waived until further order of the Court.

IT IS FURTHER ORDERED that counsel for the Painters and Allied Trades plaintiffs will communicate with the Court through its designated PSC member for the State of California in accordance with the guidance provisions of this Court's Minute Entry: Communicating with the Court, of April 13, 2012.

IT IS FURTHER ORDERED that the Defendants are granted an extension of time to file any responsive pleadings of 120 days from the date of service without the Painters and Allied Trades cases being subject to dismissal pursuant to LR 41.3.

Thus done and signed this 16th day of September, 2014 at Lafayette, La.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE